# EXHIBIT B

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
WK LIEN SOLUTIONS 800-331-3282

B. E-MAIL CONTACT AT FILER (optional)
UCCFILINGRETURN@WOLTERSKLUWER.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

P.O. BOX 29071
GLENDALE, CA 91209-9071
US

Delaware Department of State
U.C.C. Filing Section
Filed: 01:25 PM 08/19/2022
U.C.C. Initial Filing No: 2022 6971436

Service Request No: 20223310925

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: INDEPENDENT TEXAS RECYCLERS, LLC

1c. MAILING ADDRESS: 6810 IRVINGTON BLVD | CITY: HOUSTON | STATE: TX | POSTAL CODE: 77022 | COUNTRY: US

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME: TRITGEN, LLC

2c. MAILING ADDRESS: 6810 IRVINGTON BLVD | CITY: HOUSTON | STATE: TX | POSTAL CODE: 77022 | COUNTRY: US

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: BANCORPSOUTH EQUIPMENT FINANCE, A DIVISION OF CADENCE BANK

3c. MAILING ADDRESS: 1222 ROGERS AVE | CITY: FORT SMITH | STATE: AR | POSTAL CODE: 72901 | COUNTRY: US

4. COLLATERAL: This financing statement covers the following collateral:
Collateral Description - please see attached

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☑ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
DE-0-88308377-64628724

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

All machinery, equipment, furniture, furnishings, tools, tooling, fixtures, and accessories, and all inventory, accounts receivable, instruments, contract rights and other rights to receive the payment of money, patents, chattel paper, licenses, leases and general intangibles, including all trade names and trade styles and all additions, accessions, modifications, Improvements, replacements and substitutions thereto and therefor, whether now owned or hereafter acquired or arising, and the proceeds, products and income of any of the foregoing, including insurance proceeds including the attach Exhibit A.

# EQUIPMENT DESCRIPTION

110737 15773-000

One (1) 2019 John Deere 544L Enclosed Cabin Solid Tire Wheel Loader (S/N: 1DW544KZCJF692217)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2019 John Deere 544L Enclosed Cabin Solid Tire Wheel Loader (S/N: 1DW544KZHJF692269)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2021 Hyundai 35DA-9 Diesel Powered Solid Tire Forklift, Triple Mast (S/N: HHKHHN44AF0000449)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2021 Hyundai 35DA-9 Diesel Powered Solid Tire Forklift, Triple Mast (S/N: HHKHHN13PK0003043)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2019 Hyundai 35DA-9 Diesel Powered Solid Tire Forklift, Triple Mast (S/N: HHKHH13KK0003044)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2021 Hyundai Triple Mast 30D-9 Solid Tire Diesel Forklift (S/N: HHKHH13VF0003586)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2021 Hyundai Triple Mast 30D-9 Solid Tire Diesel Forklift (S/N: HHKHH13AF0003587)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2019 Hyundai Triple Mast 30D-9 Solid Tire Diesel Forklift (S/N: HHKHHN131K0003943)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2015 John Deere 544L Enclosed Cabin Solid Tire Wheel Loader (S/N: 1DW544LZLKF697244)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2019 John Deere 544k Enclosed Cabin Solid Tire Wheel Loader (S/N: 1DW544KZAJF688929)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2018 Nation Ramps Single Axle Heavy Duty 20,000lb. Cap. Trailers (S/N: MYR20-34-100-46A)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2017 Toyota 8FGU25 Triple Mast LPG Fired Forklift (S/N: 8FGU25-38959)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2018 Nation Ramps Single Axle Heavy Duty 20,000lb. Cap. Trailers (S/N:

EXHIBIT A                                                       Page 1of 4

MYR20-34-100-46B)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2018 Nation Ramps Single Axle Heavy Duty 20,000lb. Cap. Trailers (S/N: MYR20-34-100-46C)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2009 MAC FMCSA18215 Enclosed Walking Floor Trailer (VIN: 5MAMN48249C018215)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2009 MAC FMCSA18215 Enclosed Walking Floor Trailer (VIN: 5MAMN48239C017377)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2009 MAC FMCSA18215 Enclosed Walking Floor Trailer (VIN: 5MAMN48289C018217)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2009 MAC FMCSA18215 Enclosed Walking Floor Trailer (VIN: 5MAMN482X9C018218)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 1998 Utility 53' Dry Cargo Trailer (VIN: 1UYVS2530XP750208)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2005 Freightliner CL120064S-T Truck (VIN: 1FUJA6CK06LV59579)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2011 Genie GTH-1056 Telescopic 10Klb. Cap. Telehandler Forklift (S/N: GTH1011-14769)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2014 Genie GTH-1056 Telescopic 10Klb. Cap. Telehandler Forklift (S/N: GTH1014-19635)
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) Optical Sorter - MSS Cirrus Model Scavenger CMB-2400-3-M Dual Optical Sorter, Inclusive of new Motor Control Center (MCC) & Seven 7 conveyance systems (S/N: CMB-2400-12) Optical Sorter - MSS Cirrus Model Scavenger CMB-2400-3-M Dual Optical Sorter, Inclusive of new Motor Control Center (MCC) & Seven 7 conveyance systems Optical Sorter - MSS Cirrus Model Scavenger CMB-2400-3-M Dual Optical Sorter, Inclusive of new Motor Control Center (MCC) & Seven 7 conveyance systems
6810 Irvington Blvd, HOUSTON, , TX  77022

One (1) 2017 Titus Machinery Base System - 38 + Tons/Hour Residential/Commercial Integrated Single Stream Processing System (S/N: TSC-MCC-12002) – Residential/Commercial single stream processing): inclusive of three (3) Motor Control Panels w/ System Lock Out and VFD Drives, pre-sort QC conveyor, twelve (12) station pre-sort platforms w/ residue conveyor, triple deck OCC Star-screen (old corrugated cardboard screen), debris roll screen, newspaper screen, mixed paper screen. QC conveyors subsequent to all screens, Titech optical sorter, eddy

current aluminum sorter, seven (7) container storage bunkers, seven (7) live dual direction live bottom storage bins, two (2) 120' in-ground chain conveyors feeding 2 ram balers w/ automatic wire ties and laser operated PLC units, glass system w/ breaker screen and 2 air knives, 2-4 yard compactors for residue.
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2020 Lamella 860755 Screw Wash - Glass Washer, Clarifier, Shaker Screens, Conveyance, Polymer Pump Systems (S/N: 4225196)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2021 Harris HLO Baler (S/N: TR12-HP-T100)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2020 Harris Centurion 200 Baler (S/N: 3276)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 1988 Harris HRB 8 Baler (S/N: 2828)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 1991 Harris HRB 8 Baler (S/N: 2429)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2019 OEM Sherbrooke Optical Sorting Unit in Container (Cream) (S/N: CO-25523)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2018 BHS Drum Feeder (S/N: BHS MB-50)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2020 US Iron Works Trommel Glass Clean-Up System (S/N: 5215)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2020 CPG conveyance System 6019 - Main Infeed (S/N: 3601900201)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2021 CPG Conveyance System 6082 - Infeed to Harris Centurion Baler (S/N: 3608200101)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2021 CPG Conveyance System 6019- Infeed to Harris HLO Baler (S/N: 3558730)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2020 IMS Conveyance System for Mixed Plastics CMB-2400-3-M (S/N: CMB-2400-3-M)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2022 CPG 6119 Chain Driven Combo Baler Infeed Conveyance System - 60" Aperture (S/N: 3473600201)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2021 Kaeser CSD 75 T Rotary Screw Air Compressor Systems, inclusive of Dryers & Tank (S/N: ATB144)

6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2021 Kaeser CSD 75 T Rotary Screw Air Compressor Systems, inclusive of Dryers & Tank (S/N: ATB145)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2006 Wastequip 545XHD-D Compactor (S/N: 122700)
6810 Irvington Blvd, HOUSTON, , TX 77022

One (1) 2005 Marathon RJ450 Compactor (S/N: 159221)
6810 Irvington Blvd, HOUSTON, , TX 77022

**INDEPENDENT TEXAS RECYCLERS, LLC AND TRITGEN, LLC**

By: _____

Title: Manager

Date: _____

***TRITGEN, LLC***

By: _____

Title: Manager

Date: _____