IN THE MATTER OF                                        Bond No. 21BSBJE8329

Cadence Bank

vs.                                                     **Receiver's Bond**

Tritgen, LLC and Independent Texas Recyclers, LLC

**KNOW ALL MEN BY THESE PRESENTS:**

**THAT WE,** Alan Weiner _____ as Principal(s)
and the Hartford Casualty Insurance Company, a Indiana corporation, as Surety, are held and firmly bound unto United States District Court for the Southern District of Texas Houston Divi as Obligee(s), in the penal sum of _____ Five Thousand _____ ($5,000 ) **DOLLARS,** lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

Whereas, in the above action and the above Court, Alan Weiner _____, the Principal(s) has (have) been appointed Receiver(s) of _____
Tritgen, LLC and Independent Texas Recyclers, LLC

with authority and instructions and designated by the court, and has (have) been directed to give a bond to Obligee in the sum aforesaid, according to law.

**NOW THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH,** That if the said Principal(s) shall faithfully discharge the duties of Receiver(s), and shall obey the orders of the Court therein, then this obligation shall be void; otherwise to remain in full force and virtue.

**SIGNED AND SEALED this** 11th **day of** April , 2024 .

                                                        Alan Weiner
                                                        **BY:** _____

**APPROVED**                                            Hartford Casualty Insurance Company
                                                        **BY:** _Damaris Martinez_____
                                                        Damaris Martinez, Attorney-in-Fact

**BY:** _____
    **Judge**

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**
**THE HARTFORD**
BOND, T-11
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* **888-266-3488** *or fax:* **860-757-5835**

**Agency Name:** INSURANCE OFFICE OF AMERICA INC
**Agency Code:** 21-228014

KNOW ALL PERSONS BY THESE PRESENTS THAT:

| | |
|---|---|
| ☐ | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☒ | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| ☐ | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| ☐ | **Hartford Insurance Company of the Southeast**, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint
Damaris Martinez

its true and lawful Attorney-in-Fact, to sign its name as surety(ies) only as delineated above by , and to execute, seal and acknowledge the following bond, undertaking, contract or written instrument:
Bond No. 21BSBJE8329
Naming Alan Weiner as Principal,
and United States District Court for the Southern District of Texas Houston Division as Obligee,
in the amount of See Bond Form(s) on behalf of Company in its business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on May 23, 2016 the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.



*Shelby Wiggins*

Shelby Wiggins, Assistant Secretary

*Joelle L. LaPierre*

Joelle L. LaPierre, Assistant Vice President

**STATE OF FLORIDA** } ss. Lake Mary
**COUNTY OF SEMINOLE**

On this 20th day of May, 2021, before me personally came Joelle LaPierre, to me known, who being by me duly sworn, did depose and say: that (s)he resides in Seminole County, State of Florida; that (s)he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that (s)he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that (s)he signed his/her name thereto by like authority.



*Jessica Ciccone*
Jessica Ciccone
My Commission HH 122280
Expires June 20, 2025

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of April 11, 2024.

Signed and sealed in Lake Mary, Florida.



*Keith Dozois*

Keith D. Dozois, Assistant Vice President



# Claims Inquiries Notice

Hartford Fire Insurance Company
Hartford Casualty Insurance Company
Hartford Accident and Indemnity Company
Hartford Underwriters Insurance Company

Twin City Insurance Company
Hartford Insurance Company of Illinois
Hartford Insurance Company of the Midwest
Hartford Insurance Company of the Southwest

Please address inquiries regarding **Claims** for all surety and fidelity products issued by The Hartford's underwriting companies to the following:

| | | |
|---|---|---|
| Phone Number: | : | 888-266-3488 |
| Fax – Claims | : | 860-757-5835 or 860-221-3965 |
| E-mail | : | bond.claims@thehartford.com |
| Mailing Address | : | Hartford Insurance<br>One Hartford Plaza T 14<br>Hartford, CT 06155 |

## Have a complaint or need help?

If you have a problem with a claim or your premium, call your insurance company or HMO first. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint or appeal through your insurance company or HMO. If you don't, you may lose your right to appeal.

### The Hartford

To get information or file a complaint with your insurance company or HMO:

    **Call:** Consumer Affairs at 1-800- 451-6944
    **Toll-free:** 1-800-451-6944
    Email: bond.claims@thehartford.com
    Mail: The Hartford Financial Services
    One Hartford Plaza, T-14
    Hartford, CT 06155
    Attn: Bond Claims Department

### The Texas Department of Insurance

To get help with an insurance question or file a complaint with the state:

    Call with a question: 1-800-252-3439
    Email: ConsumerProtection@tdi.texas.gov
    File a complaint: www.tdi.texas.gov
    Mail:  Consumer Protection, MC: CO-CP
        Texas Department of Insurance
        PO Box 12030, Austin, TX 78711-2030