# EXHIBIT A

**Focus Management Group USA Inc.**
30725 US HWY 19N PMB 330
Palm Harbor, FL 34684
**O** 813-281-0062 **F** 813-281-0063
**www.focusmg.com**




August 7, 2024

**Invoice 47905**

To:
Tritgen LLC and
Independent Texas Recyclers LLC
C/O Focus Management Group
30725 US HWY 19 N PMB 330
Palm Harbor, FL 34684

Case No. 4:24-cv-1266

Date Filed:
Due Date 14 Day Objection Date

**PROFESSIONAL SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OF JULY 1, 2024 THROUGH JULY 31, 2024**

| | |
|---|---|
| Fees for Services through July 31, 2024 | $84,566.25 |
| Reimbursable Expenses through July 31, 2024 | $8,382.03 |
| Total Due | $92,948 28 |




**SUMMARY OF PROFESSIONALS RENDERING SERVICES**
**PERIOD OF JULY 1, 2024 THROUGH JULY 31, 2024**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate | Total Billed Invoice | Total Compensation |
|---|---|---|---|---|
| Alan Weiner | Receiver | $425.00 | 73.5 | $31,237.50 |
| Steve Weber | Managing Director | $425.00 | 1.1 | $467.50 |
| Noah Niego | Business Analyst | $325.00 | 138.6 | $45,045 00 |
| Alan Wiener | Travel | $212.50 | 13.0 | $2,762.50 |
| Noah Niego | Travel | $162.50 | 31.1 | $5,053.75 |
| | **Professional Courtesy** | | | |
| Juanita Schwartzkopf | Sr Managing Director | $425.00 | 1.0 | $425.00 |
| | | | | |
| | Discount | | | ($425.00) |
| | | | | |
| Grand Total | | | 258.3 | **$84,566.25** |

**EXPENSE SUMMARY**
**PERIOD OF JULY 1, 2024 THROUGH JULY 31, 2024**

| **Expense Category** | | **Total Expenses** |
|---|---|---|
| Lodging | | $2,478.40 |
| Travel | | $4,889.81 |
| Meals | | $873.82 |
| Communication | | $140.00 |
| **Total** | | **$8,382.03** |




**FOCUS MANAGEMENT GROUP USA INC.**
**DETAIL OF PROFESSIONALS RENDERING SERVICES**
**PERIOD OF JULY 1, 2024 THROUGH JULY 31, 2024**

| Categories | Date | Rate | Hours | Fees | Description |
|---|---|---|---|---|---|
| **Consultant: Alan Weiner** | | | | | |
| Court Receiver Duties | 07/01/24 | $425 00 | 3 0 | $1,275 00 | Participated on ops call Worked on cash management Followed up on emails relating to commodity pricing and steel sales Followed up on FCC invoicing Followed up on Project Astros |
| Court Receiver Duties | 07/02/24 | $425.00 | 3 0 | $1,275 00 | Participated on Ops call Reviewed and approved payroll. Reviewed first cut of payments for the week Worked on cash management relating to same Followed up on insurance reimbursement and premium revisions Followed up on operational matters |
| Court Receiver Duties | 07/02/24 | $425 00 | 1 5 | $637 50 | Worked on cash/payables reporting Followed up on issues at Irvington |
| Court Receiver Duties | 07/03/24 | $425 00 | 4 0 | $1,700 00 | Worked on cash management, including payment of payables/wires Participated on ops/cash/payables call Followed up re same Worked on Project Astros |
| Court Receiver Duties | 07/03/24 | $425 00 | 0 5 | $212 50 | Participated on update call with Cadence |
| Court Receiver Duties | 07/04/24 | $425 00 | 0 5 | $212 50 | Ops call with Rafa |
| Court Receiver Duties | 07/05/24 | $425 00 | 3 0 | $1,275 00 | Participated on Ops call Followed up on cash management and insurance matters |
| Court Receiver Duties | 07/05/24 | $425 00 | 1 5 | $637 50 | Continued work on cash management |
| Court Receiver Duties | 07/08/24 | $425 00 | 2 0 | $850 00 | Worked on cash availability for upcoming week Back and forth with team on hurricane situation Followed up with Noah re today's activities |
| Court Receiver Duties | 07/09/24 | $425 00 | 2 0 | $850 00 | Participated on Ops call. Update call with Noah. Handled cash approvals and worked on cash management, then forwarded files to Noah Followed up with Ryan on financial statements for June |
| Court Receiver Duties | 07/09/24 | $425 00 | 0 5 | $212 50 | Call with Kyle and Justin on legal matters |
| Court Receiver Duties | 07/10/24 | $425 00 | 3 0 | $1,275 00 | *Participated on Ops call and on call with Cadence* team Followed up with Noah and Ryan on cash and insurance matters Followed up on staffing issues Worked on payroll issues Followed up with Noah, Rafa, and Rhonda re same |
| Court Receiver Duties | 07/10/24 | $425 00 | 2 0 | $850 00 | Continued work on payroll matters Followed up on financial reporting Reviewed and followed up with counsel regarding correspondence from Closed Loop |
| Court Receiver Duties | 07/11/24 | $425.00 | 3 0 | $1,275 00 | Participated on Ops and Payables call Followed up with Noah on various additional payments. Finalized draft report for court and sent to counsel for review Worked on Project Astros |
| Court Receiver Duties | 07/12/24 | $425 00 | 3 0 | $1,275 00 | Participated on ops and cash call Worked on Project Astros matters |




| | | | | | |
|---|---|---|---|---|---|
| Court Receiver Duties | 07/15/24 | $425 00 | 2 0 | $850 00 | Reviewed and followed up on draft financial statements Participated on Ops call Followed up on insurance matters |
| Court Receiver Duties | 07/15/24 | $425 00 | 2 0 | $850 00 | Followed up with Project Astros Call with Colton Poindexter on Project Astros and general update Call with Noah on payroll matters and cash forecasting matters |
| Court Receiver Duties | 07/16/24 | $425 00 | 4 0 | $1,700 00 | Participated on Ops call Worked on situation [redacted] Worked on Project Astros Worked on cash matters with Noah Back and forth with Colton P re cash matters and re Project Astros Back and forth with Ryan on June financials/changes Finalized and distributed |
| Court Receiver Duties | 07/16/24 | $425 00 | 0 5 | $212 50 | Call with Anita at CIA re insurance matters |
| Court Receiver Duties | 07/17/24 | $425 00 | 1 5 | $637 50 | Followed up on issues with Republic-McCardy and with CIA/insurance Participated on Ops call, then call with S Raigel |
| Court Receiver Duties | 07/17/24 | $425 00 | 1 5 | $637 50 | Reviewed payroll submissions Followed up on Project Astros Continued follow-up on insurance matters Back and forth with Noah on cash forecast |
| Court Receiver Duties | 07/18/24 | $425 00 | 2 0 | $850 00 | Ops and cash call. Follow-up call with Noah on forecast changes. Call with Cadence team Follow up on Project Astros |
| Court Receiver Duties | 07/18/24 | $425 00 | 2 0 | $850 00 | Worked on Project Astros |
| Court Receiver Duties | 07/19/24 | $425 00 | 2 0 | $850 00 | Participated on ops call Worked on cash management Back and forth with Steve, Rafa, and vendor on water drainage issue Back and forth with Joe Vela on trucking matters |
| Court Receiver Duties | 07/19/24 | $425 00 | 3 0 | $1,275.00 | Worked on Project Astros |
| Court Receiver Duties | 07/22/24 | $425.00 | 1 0 | $425 00 | Meetings with Rhonda and Rafa at Irvington. |
| Court Receiver Duties | 07/22/24 | $425 00 | 2 5 | $1,062 50 | Site visits with Project Astros party, Steve Ragiel, and C Poindexter |
| Court Receiver Duties | 07/23/24 | $425 00 | 2.0 | $850 00 | Participated on Ops call Reviewed information from Conner at CIA and followed up with Conner Followed up on storm sewer remediation issue Responded to issues re staffing and other operational matters Worked on forecasts and reporting with Noah |
| Court Receiver Duties | 07/23/24 | $425 00 | 1.5 | $637 50 | Calls re Project Astros |
| Court Receiver Duties | 07/24/24 | $425 00 | 1 8 | $765 00 | Participated on Operations call Followed up with Steve R on Project Astros matters, then continued work re same Call with Cadence team Back and forth with Ryan re lease payment history. |
| Court Receiver Duties | 07/24/24 | $425 00 | 0 7 | $297 50 | Call with CIA regarding changes to insurance coverage Followed up with Ryan re same Back and forth with Ryan re same |
| Court Receiver Duties | 07/24/24 | $425 00 | 1 5 | $637 50 | Followed up on Project Astros matters Back and forth on cash management matters with Noah and Rhonda and with vendors |
| Court Receiver Duties | 07/25/24 | $425 00 | 1 0 | $425 00 | Call with Noah re wage and Manbro charges incurred Participated on cash and payables call. |




| | | | | | |
|---|---|---|---|---|---|
| Court Receiver Duties | 07/25/24 | $425 00 | 1 5 | $637.50 | Calls with Scott and Veronica at Bridgepoint to review invoicing Call and follow up with interested parties on Project Astros |
| Court Receiver Duties | 07/25/24 | $425 00 | 1 0 | $425 00 | Worked on cash management. Followed up with Noah re same |
| Court Receiver Duties | 07/26/24 | $425 00 | 1 0 | $425 00 | Participated on ops call. Coordinated site visits for ensuing week re. Project Astros |
| Court Receiver Duties | 07/29/24 | $425 00 | 1 0 | $425 00 | Participate on Ops call Followed up operational/Project Astros matters |
| Court Receiver Duties | 07/30/24 | $425 00 | 2 0 | $850 00 | Participated on ops call Followed up on operational matters concerning materials hauled to Gasmer by Frontier and Republic. Followed up on cash management matters and Project Astros matters |
| Court Receiver Duties | 07/31/24 | $425 00 | 1.0 | $425 00 | Participated on Ops call Followed up on cash management matters |
| Court Receiver Duties | 07/31/24 | $425 00 | 1 0 | $425 00 | Followed up on Project Astros matters |
| | **Total A Weiner** | | **73.5** | **$31,237.50** | |
| **Consultant: Steve Weber** | | | | | |
| 13 Week Cash Flow Model | 07/16/24 | $425 00 | 1.1 | $467 50 | Review forecast, discuss update changes with Noah N |
| | **Total S Weber** | | **1.1** | **$467.50** | |
| **Consultant: N Niego** | | | | | |
| Client Consulting/Advising | 07/08/24 | $325 00 | 1.7 | $552 50 | Reviewing ITR WE 6/29 and 7/6 receipts and disbursements |
| Client Consulting/Advising | 07/08/24 | $325.00 | 2 0 | $650 00 | Reading, Reviewing and Responding to client and internal ITR emails for We 6/29 and WE 7/6 |
| Client Consulting/Advising | 07/08/24 | $325 00 | 1 3 | $422 50 | Reviewing ITR Cash log for WE 6/29 and WE 7/6 |
| 13 Week Cash Flow Model | 07/09/24 | $325 00 | 2 5 | $812 50 | Updating WE 6/29 and WE 7/6 13 WCF budget to actual reporting |
| Client Consulting/Advising | 07/09/24 | $325 00 | 1.9 | $617 50 | Updating ITR Cash log and receipts and disbursement listing for WE 6/29 |
| Client Consulting/Advising | 07/09/24 | $325.00 | 2 1 | $682.50 | Updating ITR Cash log and receipts and disbursement listing for WE 7/6. |
| Client Consulting/Advising | 07/09/24 | $325 00 | 0 5 | $162 50 | Call with A Weiner and Bryan Cave team |
| Client Consulting/Advising | 07/09/24 | $325 00 | 0.5 | $162 50 | Daily ITR operations call |
| Client Consulting/Advising | 07/09/24 | $325 00 | 0.6 | $195 00 | Internal discussion call with A Weiner |
| Client Consulting/Advising | 07/09/24 | $325.00 | 2.2 | $715 00 | Entering WE 6/29 and WE 7/6 receipts and disbursements into Receiver QuickBooks file |
| Client Consulting/Advising | 07/10/24 | $325.00 | 0 7 | $227.50 | Updating ITR's daily cash log |
| Client Consulting/Advising | 07/10/24 | $325 00 | 0 2 | $65 00 | Processing Veritex Bank Positive Pay |
| Client Consulting/Advising | 07/10/24 | $325 00 | 0 1 | $32.50 | Processing Cadence Bank Positive Pay |
| Client Consulting/Advising | 07/10/24 | $325 00 | 0 5 | $162 50 | Daily ITR operations call |
| Client Consulting/Advising | 07/10/24 | $325 00 | 0 8 | $260 00 | Touring ITR Irvington site to inspect site damage from hurricane |
| Client Consulting/Advising | 07/10/24 | $325 00 | 0 6 | $195 00 | Discussion with R Wescott about ITR operational items |
| Client Consulting/Advising | 07/10/24 | $325 00 | 0 4 | $130 00 | Call with A Weiner to discuss priority items for the day |



| | | | | | |
|---|---|---|---|---|---|
| Client Consulting/Advising | 07/10/24 | $325 00 | 0 8 | $260 00 | Call with A Weiner to walk through ITR and Manbro hour details |
| Client Consulting/Advising | 07/10/24 | $325 00 | 0.3 | $97 50 | Call with R.Orozco to discuss ITR WE 7/13 payroll |
| Client Consulting/Advising | 07/10/24 | $325 00 | 0.3 | $97 50 | Call with Affiliated Payroll service to clear payroll items for WE 7/13 |
| Client Consulting/Advising | 07/10/24 | $325 00 | 1 9 | $617.50 | Reviewing, approving and processing ITR payroll for WE 7/13 |
| Client Consulting/Advising | 07/10/24 | $325 00 | 1 1 | $357 50 | Updating ITR payables for WE 7/13 |
| Client Consulting/Advising | 07/10/24 | $325 00 | 0 9 | $292 50 | Updating ITR payable and cash position report for WE 7/13 |
| Client Consulting/Advising | 07/10/24 | $325 00 | 0 8 | $260 00 | Reviewing and approving Mambro hours for WE 7/13 |
| Client Consulting/Advising | 07/11/24 | $325.00 | 0 5 | $162 50 | ITR Daily Status call |
| Client Consulting/Advising | 07/11/24 | $325 00 | 0 8 | $260 00 | ITR Daily cash log |
| Client Consulting/Advising | 07/11/24 | $325 00 | 0 1 | $32 50 | Call with A Weiner and Frontier Waste |
| Client Consulting/Advising | 07/11/24 | $325 00 | 0.3 | $97 50 | Reviewing expense reports |
| Client Consulting/Advising | 07/11/24 | $325 00 | 2 0 | $650 00 | Reviewing, processing and signing weekly disbursement checks for WE 7/13 |
| Client Consulting/Advising | 07/11/24 | $325.00 | 1 8 | $585 00 | Updating ITR weekly payable report |
| Client Consulting/Advising | 07/11/24 | $325 00 | 0 1 | $32 50 | Processing Veritex Bank Positive Pay |
| Client Consulting/Advising | 07/11/24 | $325 00 | 0 6 | $195 00 | Discussion with R Wescott about ITR weekly payables |
| Client Consulting/Advising | 07/11/24 | $325 00 | 0 1 | $32.50 | Call with R Oroczo about ITR weekly payable items. |
| Client Consulting/Advising | 07/11/24 | $325.00 | 0 4 | $130 00 | Updating ITR cash position report |
| Client Consulting/Advising | 07/11/24 | $325 00 | 0 3 | $97 50 | Depositing checks at Veritex Bank |
| Client Consulting/Advising | 07/11/24 | $325 00 | 0.4 | $130 00 | Call with A Weiner to discuss priority items for ITR |
| Client Consulting/Advising | 07/11/24 | $325 00 | 0 6 | $195 00 | Preparing ITR first receivership report |
| Build and Maintain Tables & Files | 07/11/24 | $325 00 | 0 5 | $162 50 | Updating ITR data room |
| Client Consulting/Advising | 07/12/24 | $325 00 | 0 5 | $162 50 | ITR daily status call. |
| Client Consulting/Advising | 07/12/24 | $325 00 | 0 1 | $32 50 | Processing Veritex Bank Positive Pay |
| Client Consulting/Advising | 07/12/24 | $325 00 | 1 5 | $487 50 | Compiling WE 7/13 receipt and disbursement listing |
| Client Consulting/Advising | 07/12/24 | $325 00 | 0 8 | $260 00 | ITR Daily Cash log |
| Client Consulting/Advising | 07/12/24 | $325 00 | 0 5 | $162 50 | Discussion with R Wescott about ITR payables |
| Client Consulting/Advising | 07/12/24 | $325 00 | 1 1 | $357.50 | Updating ITR cash position report post disbursements |
| Build and Maintain Tables & Files | 07/12/24 | $325 00 | 0 7 | $227 50 | Maintaining and organizing ITR Dropbox data room site |
| 13 Week Cash Flow Model | 07/15/24 | $325 00 | 1.8 | $585 00 | Updating ITR 13 WCF Budget to Actual for WE 7/13 reporting |
| Client Consulting/Advising | 07/15/24 | $325 00 | 0 5 | $162 50 | ITR Daily operations call |
| Client Consulting/Advising | 07/15/24 | $325 00 | 0 4 | $130.00 | Call with A Weiner to discuss ITR operations and priority items |
| Client Consulting/Advising | 07/15/24 | $325 00 | 1 6 | $520 00 | Entering ITR WE 7/13 receipts and disbursements into receiver's QuickBooks file. |
| Client Consulting/Advising | 07/15/24 | $325 00 | 0 9 | $292 50 | ITR Daily cash log |
| Client Consulting/Advising | 07/15/24 | $325 00 | 0 8 | $260 00 | Compiling ITR WE 7/13 receipts and disbursement listing |
| Client Consulting/Advising | 07/15/24 | $325.00 | 0 2 | $65 00 | Processing Veritex Bank Positive Pay |
| Client Consulting/Advising | 07/15/24 | $325 00 | 0 1 | $32.50 | Processing Cadence Bank Positive Pay |
| Client Consulting/Advising | 07/15/24 | $325.00 | 0 3 | $97 50 | Call with Affiliated Payroll and HR |
| Client Consulting/Advising | 07/15/24 | $325 00 | 0 7 | $227 50 | Updating ITR WE 7/20 payables report. |




| | | | | | |
|---|---|---|---|---|---|
| Client Consulting/Advising | 07/15/24 | $325 00 | 0 5 | $162 50 | Updating ITR receipts and disbursement listing for WE 7/13 |
| Build and Maintain Tables & Files | 07/15/24 | $325 00 | 0 5 | $162 50 | Uploading and organizing ITR Dropbox site |
| 13 Week Cash Flow Model | 07/16/24 | $325 00 | 1.3 | $422 50 | Updating ITR 13 WCF revision for WE 7/20 |
| 13 Week Cash Flow Model | 07/16/24 | $325 00 | 1 1 | $357 50 | Updating ITR 13 WCF for weeks 14-26 |
| Client Consulting/Advising | 07/16/24 | $325 00 | 0 5 | $162 50 | ITR Daily operations call |
| Client Consulting/Advising | 07/16/24 | $325 00 | 0 5 | $162 50 | Call with S Weber to discuss updating weeks 14-26 for ITR 13 WCF model |
| Client Consulting/Advising | 07/16/24 | $325 00 | 0.4 | $130.00 | Call with A Weiner to discuss ITR WE 7/20 cash position |
| Client Consulting/Advising | 07/16/24 | $325 00 | 1 6 | $520 00 | Updating ITR weekly payables WE 7/20 |
| Client Consulting/Advising | 07/16/24 | $325 00 | 1 4 | $455 00 | Updating ITR WE 7/27 receipts and disbursements |
| Client Consulting/Advising | 07/16/24 | $325 00 | 0 2 | $65 00 | Call with R Freeman to go over ITR receipts and disbursements |
| Client Consulting/Advising | 07/16/24 | $325 00 | 0 3 | $97 50 | Processing ITR midweek payments |
| Build and Maintain Tables & Files | 07/16/24 | $325 00 | 0 8 | $260 00 | Uploading Data to PJ Astro's data room and managing ITR's Dropbox site |
| 13 Week Cash Flow Model | 07/17/24 | $325 00 | 1 5 | $487 50 | Updating ITR 13 WCF for weeks 14-26 |
| Client Consulting/Advising | 07/17/24 | $325.00 | 0.8 | $260 00 | ITR daily operations call |
| Client Consulting/Advising | 07/17/24 | $325 00 | 0 8 | $260.00 | ITR daily cash log. |
| Client Consulting/Advising | 07/17/24 | $325 00 | 0 2 | $65 00 | Processing Veritex Bank Positive pay items |
| Client Consulting/Advising | 07/17/24 | $325 00 | 1 2 | $390 00 | Reviewing and processing ITR payroll WE 7/20 |
| Client Consulting/Advising | 07/17/24 | $325 00 | 0 7 | $227 50 | Reviewing Manbro labor costs for WE 7/20 |
| Client Consulting/Advising | 07/17/24 | $325 00 | 0 3 | $97 50 | Reviewing R Orozco expense report |
| Client Consulting/Advising | 07/17/24 | $325 00 | 0 5 | $162 50 | Processing mid-week payments |
| Client Consulting/Advising | 07/17/24 | $325 00 | 1 1 | $357 50 | Assembling ITR forecasted receipts for WE 7/20 |
| Client Consulting/Advising | 07/17/24 | $325 00 | 1 0 | $325.00 | Touring ITR's Irvington site and documenting site photos |
| Client Consulting/Advising | 07/17/24 | $325 00 | 0 8 | $260 00 | Updating ITR weekly payables report |
| Client Consulting/Advising | 07/17/24 | $325.00 | 0 3 | $97 50 | Call with A Weiner to discuss priority items |
| Build and Maintain Tables & Files | 07/17/24 | $325 00 | 0 9 | $292 50 | Updating ITR data room and managing ITR Dropbox site |
| 13 Week Cash Flow Model | 07/18/24 | $325 00 | 2 0 | $650 00 | Updating revised 13 WCF forecast for weeks 14-26 |
| 13 Week Cash Flow Model | 07/18/24 | $325 00 | 1 3 | $422 50 | Updating ITR 13 WCF revenue forecast |
| Client Consulting/Advising | 07/18/24 | $325 00 | 0 5 | $162 50 | ITR operations call |
| Client Consulting/Advising | 07/18/24 | $325.00 | 0 5 | $162 50 | Call with A Weiner to walk through updated 13 WCF forecast |
| Client Consulting/Advising | 07/18/24 | $325 00 | 0 7 | $227 50 | Updating ITR cash log |
| Client Consulting/Advising | 07/18/24 | $325 00 | 0 3 | $97 50 | Call with A Weiner to discuss ITR operational items |
| Client Consulting/Advising | 07/18/24 | $325 00 | 0 2 | $65 00 | Call with A Weiner to discuss priority items for ITR |
| Client Consulting/Advising | 07/18/24 | $325 00 | 0 5 | $162 50 | Weekly call with A Weiner and Cadence Bank |
| Client Consulting/Advising | 07/18/24 | $325 00 | 0 2 | $65 00 | Processing Veritex Bank Positive pay items |
| Client Consulting/Advising | 07/18/24 | $325 00 | 0 1 | $32 50 | Processing Cadence Bank Positive pay |
| Client Consulting/Advising | 07/18/24 | $325 00 | 0 8 | $260 00 | Completing ITR employees' employment verification forms |
| Client Consulting/Advising | 07/18/24 | $325.00 | 1 4 | $455 00 | Updating ITR weekly payable report |
| Client Consulting/Advising | 07/18/24 | $325 00 | 0 6 | $195 00 | Updating ITR Cash position report |
| Client Consulting/Advising | 07/19/24 | $325 00 | 0 5 | $162 50 | ITR operations call |
| Client Consulting/Advising | 07/19/24 | $325 00 | 0 5 | $162.50 | Call with A Weiner and S Ragiel |
| Client Consulting/Advising | 07/19/24 | $325 00 | 0 4 | $130 00 | Call with A.Weiner and Frontier Waste Solutions |



| | | | | | |
|---|---|---|---|---|---|
| Client Consulting/Advising | 07/19/24 | $325 00 | 0 2 | $65 00 | Processing Veritex Positive Pay items |
| Client Consulting/Advising | 07/19/24 | $325 00 | 0 1 | $32 50 | Processing Cadence Bank Positive Pay items |
| Client Consulting/Advising | 07/19/24 | $325 00 | 0 6 | $195.00 | ITR daily cash log |
| Client Consulting/Advising | 07/19/24 | $325 00 | 1 2 | $390 00 | Updating ITR inbound tonnage table by hauler by site for April, May and June inbound tonnage |
| Client Consulting/Advising | 07/19/24 | $325 00 | 0 5 | $162 50 | Discussion with R Wescott about ITR payables |
| Client Consulting/Advising | 07/19/24 | $325 00 | 0 3 | $97 50 | Discussion with R Wescott about ITR forecasted receipts for weeks 14-26 |
| Client Consulting/Advising | 07/19/24 | $325 00 | 1 3 | $422 50 | Processing and logging ITR weekly payable items |
| Client Consulting/Advising | 07/19/24 | $325 00 | 1 1 | $357 50 | Assembling ITR receipts and disbursement listing for WE 7/20. |
| Client Consulting/Advising | 07/19/24 | $325 00 | 0 5 | $162 50 | Updating ITR Cash report for WE 7/20. |
| 13 Week Cash Flow Model | 07/22/24 | $325 00 | 1 2 | $390 00 | Updating ITR WE 7/20 Budget to Actual variance reporting |
| 13 Week Cash Flow Model | 07/22/24 | $325 00 | 1 9 | $617.50 | Updating weeks 14-26 13WCF forecast |
| Client Consulting/Advising | 07/22/24 | $325 00 | 0.4 | $130 00 | ITR operations call |
| Client Consulting/Advising | 07/22/24 | $325 00 | 0 2 | $65 00 | Call with A Weiner to discuss ITR operations |
| Client Consulting/Advising | 07/22/24 | $325 00 | 0 7 | $227 50 | ITR cash log |
| Client Consulting/Advising | 07/22/24 | $325 00 | 1 3 | $422 50 | Updating WE 7/20 receipts and disbursements listing |
| Client Consulting/Advising | 07/22/24 | $325.00 | 0 4 | $130 00 | Updating ITR projected receipts for WE 7/27 |
| 13 Week Cash Flow Model | 07/23/24 | $325 00 | 0 6 | $195 00 | Applying edits to WE 7/20 budget to actual reporting |
| Client Consulting/Advising | 07/23/24 | $325 00 | 0 5 | $162 50 | ITR operations call |
| Client Consulting/Advising | 07/23/24 | $325 00 | 0 2 | $65 00 | Processing Veritex Bank Positive pay items |
| Client Consulting/Advising | 07/23/24 | $325 00 | 0 7 | $227 50 | ITR Cash log |
| Client Consulting/Advising | 07/23/24 | $325 00 | 1 0 | $325 00 | Call with A Weiner and W Robinson |
| Client Consulting/Advising | 07/23/24 | $325 00 | 1.1 | $357.50 | Updating ITR weekly payables report |
| Client Consulting/Advising | 07/23/24 | $325 00 | 1 4 | $455 00 | Entering WE 7/20 receipts and disbursements into ITR - receivership QuickBooks |
| Client Consulting/Advising | 07/23/24 | $325 00 | 0 2 | $65 00 | Call with A Weiner to discuss ITR operations |
| Client Consulting/Advising | 07/23/24 | $325 00 | 0 5 | $162 50 | Updating ITR weekly payables for WE 7/27 |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0 9 | $292 50 | Updating ITR cash log |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0.5 | $162 50 | ITR operations call |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0 5 | $162.50 | Call with A Weiner and Commercial Insurance Associates |
| Client Consulting/Advising | 07/24/24 | $325 00 | 1 3 | $422 50 | Processing ITR payrolling for WE 7/27 |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0 9 | $292 50 | Processing Manbro Temp hours for WE 7/27 |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0.3 | $97 50 | Call with A Weiner to discuss ITR operations |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0 4 | $130 00 | Call with R.Wescott to discuss ITR operations and ITR payables |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0 2 | $65.00 | Call with R Freeman to discuss ITR payables |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0 2 | $65 00 | Call with R Orozco to discuss ITR payroll WE 7/27. |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0 1 | $32 50 | Processing Cadence Bank positive pay items |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0 2 | $65 00 | Processing Veritex Bank Positive pay items |
| Client Consulting/Advising | 07/24/24 | $325.00 | 2 0 | $650 00 | Updating ITR payables report for WE 7/27 |
| Client Consulting/Advising | 07/24/24 | $325 00 | 0 6 | $195 00 | Updating ITR cash position report |
| Build and Maintain Tables & Files | 07/24/24 | $325 00 | 0 7 | $227 50 | Maintaining ITR data room and Dropbox site with additional files and reports |
| 13 Week Cash Flow Model | 07/25/24 | $325 00 | 1 0 | $325.00 | Updating 13 WCF weeks 14-26 forecast |
| Client Consulting/Advising | 07/25/24 | $325 00 | 0 9 | $292 50 | ITR operations call |
| Client Consulting/Advising | 07/25/24 | $325 00 | 0 6 | $195 00 | Call with A Weiner and A Mazer to discuss ITR asset sale. |



| | | | | | |
|---|---|---|---|---|---|
| Client Consulting/Advising | 07/25/24 | $325 00 | 0 2 | $65.00 | Processing Veritex Bank Positive Pay items |
| Client Consulting/Advising | 07/25/24 | $325 00 | 0 7 | $227 50 | Outbound monthly glass tonnage analysis shipped to SMI |
| Client Consulting/Advising | 07/25/24 | $325 00 | 0 5 | $162 50 | Discussion with R Wescott about ITR operations |
| Client Consulting/Advising | 07/25/24 | $325 00 | 0 2 | $65 00 | Call with A Weiner to discuss ITR operations |
| Client Consulting/Advising | 07/25/24 | $325 00 | 1 5 | $487.50 | Updating ITR cash position report |
| Client Consulting/Advising | 07/25/24 | $325 00 | 0 7 | $227.50 | ITR daily cash log |
| Client Consulting/Advising | 07/25/24 | $325 00 | 0 8 | $260 00 | Finalizing ITR credit application for diesel fuel vendor |
| Client Consulting/Advising | 07/25/24 | $325 00 | 0.5 | $162 50 | Updating ITR BCBS 2024 MSP information |
| Client Consulting/Advising | 07/25/24 | $325 00 | 0 2 | $65 00 | Call with S Ragiel to discuss open items for ITR admin items |
| Client Consulting/Advising | 07/25/24 | $325.00 | 0 2 | $65 00 | Call with R Orozco to discuss open items for both ITR admin and Operational items |
| Build and Maintain Tables & Files | 07/25/24 | $325 00 | 0.3 | $97 50 | Updating ITR Dropbox site with additional information received |
| Client Consulting/Advising | 07/26/24 | $325 00 | 0 4 | $130 00 | ITR operations call |
| Client Consulting/Advising | 07/26/24 | $325.00 | 0 5 | $162 50 | Discussion with R.Wescott about ITR payables WE 7/27 |
| Client Consulting/Advising | 07/26/24 | $325 00 | 1 5 | $487.50 | Processing, logging and recording ITR disbursements WE 7/27 |
| Client Consulting/Advising | 07/26/24 | $325 00 | 0 2 | $65 00 | Processing Veritex Positive pay items |
| Client Consulting/Advising | 07/26/24 | $325 00 | 0 1 | $32 50 | Processing Cadence Bank positive pay items |
| Client Consulting/Advising | 07/26/24 | $325 00 | 0.7 | $227 50 | Updating ITR cash log |
| Client Consulting/Advising | 07/26/24 | $325 00 | 0.2 | $65 00 | Internal discussion with A Weiner as to an update on ITR operations |
| Client Consulting/Advising | 07/26/24 | $325 00 | 0 8 | $260 00 | assembling ITR receipts and disbursement listing for WE 7/27 |
| Client Consulting/Advising | 07/29/24 | $325 00 | 0 7 | $227 50 | Updating ITR daily cash log |
| Client Consulting/Advising | 07/29/24 | $325 00 | 0 8 | $260 00 | ITR daily operations call |
| Client Consulting/Advising | 07/29/24 | $325 00 | 0 2 | $65.00 | Call with A Weiner to update on ITR operations. |
| Client Consulting/Advising | 07/29/24 | $325 00 | 2 0 | $650 00 | Touring ITR Irvington site with 245 Recycle team |
| Client Consulting/Advising | 07/29/24 | $325 00 | 1 0 | $325 00 | Touring ITR Gasmer site with 245 Recycling team |
| Client Consulting/Advising | 07/29/24 | $325 00 | 1 0 | $325 00 | Pre-tour meeting with 245 Recycling team |
| Client Consulting/Advising | 07/29/24 | $325.00 | 0 5 | $162 50 | Discussion with R Orozco about ITR operational items |
| Client Consulting/Advising | 07/29/24 | $325 00 | 0 4 | $130 00 | Processing ITR midweek payable items |
| Build and Maintain Tables & Files | 07/29/24 | $325 00 | 0 8 | $260 00 | Adding additional individuals to ITR data room site, uploading files |
| 13 Week Cash Flow Model | 07/30/24 | $325 00 | 1 8 | $585 00 | Updating ITR 13 WCF with WE 7/27 actuals |
| Client Consulting/Advising | 07/30/24 | $325 00 | 0 5 | $162 50 | ITR daily operations call |
| Client Consulting/Advising | 07/30/24 | $325.00 | 0 7 | $227 50 | ITR Daily Cash Log |
| Client Consulting/Advising | 07/30/24 | $325 00 | 1 0 | $325 00 | Processing ITR payroll WE 8/03 |
| Client Consulting/Advising | 07/30/24 | $325 00 | 1 5 | $487 50 | Updating ITR weekly payables report WE 8/03 |
| Client Consulting/Advising | 07/30/24 | $325 00 | 0 3 | $97 50 | Processing Veritex bank and Cadence Bank Positive Pay |
| Client Consulting/Advising | 07/30/24 | $325 00 | 0 7 | $227 50 | Discussions with R Wescott about ITR operational items |
| Client Consulting/Advising | 07/30/24 | $325 00 | 1 4 | $455 00 | Entering WE 7/27 receipts and disbursements into Receivership QBs |
| Client Consulting/Advising | 07/30/24 | $325 00 | 0 6 | $195 00 | Updating ITR receipts and disbursement listing from WE 7/27 |



| | | | | | |
|---|---|---|---|---|---|
| Build and Maintain Tables & Files | 07/30/24 | $325 00 | 0 3 | $97 50 | Adding additional individuals to ITR data room site, uploading files |
| Client Consulting/Advising | 07/31/24 | $325 00 | 0 5 | $162 50 | ITR operations call |
| Client Consulting/Advising | 07/31/24 | $325 00 | 0 7 | $227.50 | Updating ITR Cash Log |
| Client Consulting/Advising | 07/31/24 | $325 00 | 1 0 | $325 00 | updating ITR weekly payables WE 8/03 |
| Client Consulting/Advising | 07/31/24 | $325 00 | 2 0 | $650 00 | Touring Irvington site |
| Client Consulting/Advising | 07/31/24 | $325 00 | 2 0 | $650 00 | Touring Gasmer site |
| Client Consulting/Advising | 07/31/24 | $325 00 | 0 3 | $97 50 | Providing A Weiner an update on ITR operations |
| Client Consulting/Advising | 07/31/24 | $325 00 | 0 3 | $97 50 | Processing Veritex Bank and Cadence Bank Positive Pay items |
| Client Consulting/Advising | 07/31/24 | $325 00 | 0 6 | $195 00 | Updating ITR cash position report. |
| | **Total N Niego** | | **138.6** | **$45,045.00** | |
| **Travel: Noah Niego** | | | | | |
| Travel | 07/10/24 | $162 50 | 3 4 | $552.50 | Flight to Houston |
| Travel | 07/10/24 | $162 50 | 0 7 | $113 75 | Travel from airport to ITR Irvington site |
| Travel | 07/11/24 | $162 50 | 0 6 | $97 50 | Travel to Veritex Bank to deposit checks |
| Travel | 07/12/24 | $162 50 | 3 4 | $552 50 | Flight to Chicago. |
| Travel | 07/12/24 | $162 50 | 0 7 | $113 75 | Travel to airport from ITR Irvington site |
| Travel | 07/17/24 | $162 50 | 3 4 | $552.50 | Flight from Chicago to Houston |
| Travel | 07/17/24 | $162 50 | 0 7 | $113 75 | Travel from Airport to ITR |
| Travel | 07/19/24 | $162 50 | 3 4 | $552 50 | Flight from Houston to Chicago |
| Travel | 07/19/24 | $162 50 | 0 8 | $130 00 | Travel from ITR to the airport |
| Travel | 07/24/24 | $162 50 | 3 5 | $568 75 | Travel to Houston |
| Travel | 07/24/24 | $162 50 | 0 6 | $97 50 | Drive from Airport to ITR |
| Travel | 07/26/24 | $162 50 | 3 5 | $568.75 | Flight from Houston to Chicago |
| Travel | 07/26/24 | $162 50 | 0 8 | $130 00 | Drive from ITR to Airport |
| Travel | 07/29/24 | $162 50 | 3 4 | $552 50 | Travel to Houston |
| Travel | 07/29/24 | $162 50 | 0 7 | $113 75 | Drive from Airport to ITR |
| Travel | 07/29/24 | $162 50 | 0 7 | $113 75 | Travel from ITR Irvington site to Gasmer location for potential buyer tour |
| Travel | 07/31/24 | $162 50 | 0 8 | $130 00 | Drive from Irvington to Gasmer site. |
| | **Total Travel-N Niego** | | **31.1** | **$5,053.75** | |
| **Travel: A Weiner** | | | | | |
| Travel | 07/02/24 | $212 50 | 3.5 | $743 75 | Tampa to Irvington |
| Travel | 07/03/24 | $212 50 | 3 5 | $743 75 | Irvington to Tampa |
| Travel | 07/22/24 | $212 50 | 3 0 | $637.50 | Tampa to Irvington |
| Travel | 07/22/24 | $212.50 | 3 0 | $637 50 | Houston to Tampa |
| | **Total Travel-A Weiner** | | **13.0** | **$2,762.50** | |




| | | | | | |
|---|---|---|---|---|---|
| **Professional Courtesy** | | | | | |
| **Consultant· J Schwartzkopf** | | | | | |
| Client Consulting/Advising | 07/18/24 | $425 00 | 0 5 | $212 50 | Weekly update |
| Client Consulting/Advising | 07/24/24 | $425 00 | 0.5 | $212 50 | Weekly update |
| **Professional Courtesy** | **Total J Schwartzkopf** | | **1.0** | **$425.00** | |
| | **Total Discount** | | | **($425 00)** | |
| | **Total Fees** | | **258.3** | **$84,566.25** | |




**FOCUS MANAGEMENT GROUP USA INC.**
**DETAIL OF EXPENSES**
**PERIOD OF JULY 1, 2024 THROUGH JULY 31, 2024**

| Expense Type | Date | Name | Expense | Description |
|---|---|---|---|---|
| Lodging | 07/02/24 | Weiner, Alan | $152 10 | One night, Houston |
| Lodging | 07/12/24 | Niego, Noah | $205 67 | One night, Houston |
| Lodging | 07/12/24 | Niego, Noah | $229 17 | One night, Houston |
| Lodging | 07/19/24 | Niego, Noah | $240 93 | One night, Houston |
| Lodging | 07/19/24 | Niego, Noah | $218 00 | One night, Houston |
| Lodging | 07/26/24 | Niego, Noah | $271 78 | One night, Houston |
| Lodging | 07/26/24 | Niego, Noah | $228 15 | One night, Houston |
| Lodging | 07/29/24 | Niego, Noah | $932.60 | Four nights, Houston |
| | | **Total Lodging** | **$2,478.40** | |
| | | | | |
| Travel-Air Fare | 07/10/24 | Niego, Noah | $370 47 | One way, ORD to IAH, 7/10/2024 |
| Travel-Air Fare | 07/12/24 | Niego, Noah | $294 28 | One way, IAH to ORD, 7/12/2024 |
| Travel-Air Fare | 07/17/24 | Niego, Noah | $370.47 | One way, ORD to IAH, 7/17/2024 |
| Travel-Air Fare | 07/18/24 | Weiner, Alan | $789 86 | Round trip, Tampa to Houston, 7/22/2024 |
| Travel-Air Fare | 07/19/24 | Niego, Noah | $417 77 | One way IAH to ORD, 7/19/2024 |
| Travel-Air Fare | 07/24/24 | Niego, Noah | $248 47 | One way, ORD to IAH, 7/24/2024 |
| Travel-Air Fare | 07/26/24 | Niego, Noah | $312.55 | One way IAH to ORD, 7/26/2024 |
| Travel-Air Fare | 07/29/24 | Niego, Noah | $375 47 | One way, ORD to IAH, 7/29/2024 |
| Travel-Cab/Limo Hire | 07/10/24 | Niego, Noah | $58 88 | Home to airport |
| Travel-Cab/Limo Hire | 07/12/24 | Niego, Noah | $67 17 | Airport to home |
| Travel-Cab/Limo Hire | 07/17/24 | Niego, Noah | $60 65 | Home to airport |
| Travel-Cab/Limo Hire | 07/19/24 | Niego, Noah | $79 72 | Airport to home |
| Travel-Cab/Limo Hire | 07/22/24 | Weiner, Alan | $48 41 | Uber - to Bush airport |
| Travel-Cab/Limo Hire | 07/22/24 | Weiner, Alan | $36 30 | Bush Airport to Irvington |
| Travel-Cab/Limo Hire | 07/24/24 | Niego, Noah | $63 07 | Home to airport |
| Travel-Cab/Limo Hire | 07/26/24 | Niego, Noah | $52 32 | Airport to home |
| Travel-Cab/Limo Hire | 07/29/24 | Niego, Noah | $69 23 | |
| Travel-Car Rental | 07/03/24 | Weiner, Alan | $215 35 | |
| Travel-Car Rental | 07/12/24 | Niego, Noah | $227 45 | |
| Travel-Car Rental | 07/19/24 | Niego, Noah | $248 04 | |
| Travel-Car Rental | 07/26/24 | Niego, Noah | $233 56 | |
| Travel-Fuel Rental Car | 07/03/24 | Weiner, Alan | $6 80 | |
| Travel-Fuel Rental Car | 07/12/24 | Niego, Noah | $39 42 | |
| Travel-Fuel Rental Car | 07/19/24 | Niego, Noah | $16 72 | |
| Travel-Fuel Rental Car | 07/26/24 | Niego, Noah | $1 34 | |
| Travel-Fuel Rental Car | 07/26/24 | Niego, Noah | $11 09 | |
| Travel-Internet Access | 07/08/24 | Niego, Noah | $12.50 | Inflight Wi-Fi |
| Travel-Internet Access | 07/17/24 | Niego, Noah | $12 50 | Inflight Wi-Fi___33 |
| Travel-Internet Access | 07/24/24 | Niego, Noah | $12.50 | Inflight Wi-Fi___33 |
| Travel-Internet Access | 07/29/24 | Niego, Noah | $12.50 | Inflight Wi-Fi___33 |
| Travel-Parking | 07/02/24 | Weiner, Alan | $21 65 | Hotel parking |
| Travel-Parking | 07/03/24 | Weiner, Alan | $40 00 | Tampa airport |
| Travel-Parking | 07/22/24 | Weiner, Alan | $20 00 | Tampa airport |
| Travel-Parking | 07/26/24 | Niego, Noah | $43 30 | Hotel parking |
| | | **Total Travel** | **$4,889.81** | |



| | | | |
|---|---|---|---|
| Meals - Breakfast | 07/02/24 | Weiner, Alan | $4 00 |
| Meals - Breakfast | 07/03/24 | Weiner, Alan | $4 79 |
| Meals - Breakfast | 07/10/24 | Niego, Noah | $7 25 |
| Meals - Breakfast | 07/10/24 | Niego, Noah | $7.20 |
| Meals - Breakfast | 07/11/24 | Niego, Noah | $11.04 |
| Meals - Breakfast | 07/12/24 | Niego, Noah | $5 67 |
| Meals - Breakfast | 07/12/24 | Niego, Noah | $5 14 |
| Meals - Breakfast | 07/17/24 | Niego, Noah | $6 79 |
| Meals - Breakfast | 07/18/24 | Niego, Noah | $9 00 |
| Meals - Breakfast | 07/24/24 | Niego, Noah | $6 98 |
| Meals - Breakfast | 07/24/24 | Niego, Noah | $6 79 |
| Meals - Breakfast | 07/25/24 | Niego, Noah | $10 86 |
| Meals - Breakfast | 07/26/24 | Niego, Noah | $4 60 |
| Meals - Breakfast | 07/26/24 | Niego, Noah | $6 52 |
| Meals - Breakfast | 07/29/24 | Niego, Noah | $7 86 |
| Meals - Breakfast | 07/29/24 | Niego, Noah | $5.87 |
| Meals - Breakfast | 07/30/24 | Niego, Noah | $8 41 |
| Meals - Breakfast | 07/30/24 | Niego, Noah | $6 49 |
| Meals - Breakfast | 07/31/24 | Niego, Noah | $5 87 |
| Meals - Breakfast | 07/31/24 | Niego, Noah | $9 43 |
| Meals - Dinner | 07/02/24 | Weiner, Alan | $36 40 |
| Meals - Dinner | 07/10/24 | Niego, Noah | $9 12 |
| Meals - Dinner | 07/10/24 | Niego, Noah | $43 48 |
| Meals - Dinner | 07/11/24 | Niego, Noah | $46 17 |
| Meals - Dinner | 07/17/24 | Niego, Noah | $32 32 |
| Meals - Dinner | 07/18/24 | Niego, Noah | $5 33 |
| Meals - Dinner | 07/18/24 | Niego, Noah | $33 32 |
| Meals - Dinner | 07/19/24 | Niego, Noah | $7 54 |
| Meals - Dinner | 07/24/24 | Niego, Noah | $52 59 |
| Meals - Dinner | 07/25/24 | Niego, Noah | $39 99 |
| Meals - Dinner | 07/29/24 | Niego, Noah | $52 59 |
| Meals - Dinner | 07/30/24 | Niego, Noah | $25 33 |
| Meals - Dinner | 07/30/24 | Niego, Noah | $4 74 |
| Meals - Dinner | 07/31/24 | Niego, Noah | $13 15 |
| Meals - Dinner | 07/31/24 | Niego, Noah | $25 59 |
| Meals - Lunch | 07/02/24 | Weiner, Alan | $15 64 |
| Meals - Lunch | 07/03/24 | Weiner, Alan | $5 14 |
| Meals - Lunch | 07/10/24 | Niego, Noah | $17 75 |
| Meals - Lunch | 07/11/24 | Niego, Noah | $22 25 |
| Meals - Lunch | 07/12/24 | Niego, Noah | $6 52 |
| Meals - Lunch | 07/12/24 | Niego, Noah | $24 77 |
| Meals - Lunch | 07/17/24 | Niego, Noah | $11 79 |
| Meals - Lunch | 07/17/24 | Niego, Noah | $16 08 |
| Meals - Lunch | 07/18/24 | Niego, Noah | $10 20 |
| Meals - Lunch | 07/18/24 | Niego, Noah | $12 18 |
| Meals - Lunch | 07/19/24 | Niego, Noah | $6 52 |
| Meals - Lunch | 07/19/24 | Niego, Noah | $24 54 |
| Meals - Lunch | 07/24/24 | Niego, Noah | $12 18 |
| Meals - Lunch | 07/24/24 | Niego, Noah | $9.14 |
| Meals - Lunch | 07/25/24 | Niego, Noah | $12 18 |



| | | | |
|---|---|---|---|
| Meals - Lunch | 07/26/24 | Niego, Noah | $27 96 |
| Meals - Lunch | 07/29/24 | Niego, Noah | $15 71 |
| Meals - Lunch | 07/29/24 | Niego, Noah | $12 18 |
| Meals - Lunch | 07/30/24 | Niego, Noah | $20 62 |
| Meals - Lunch | 07/31/24 | Niego, Noah | $22 25 |
| | | **Total Meals** | **$873.82** |
| | | | |
| Communications | 07/08/24 | Niego, Noah | $35 00 |
| Communications | 07/15/24 | Niego, Noah | $35.00 |
| Communications | 07/22/24 | Niego, Noah | $35 00 |
| Communications | 07/29/24 | Niego, Noah | $35 00 |
| | | **Total Communication** | **$140.00** |
| | | | |
| | | **Total Expenses** | **$8,382.03** |