UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CADENCE BANK,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | Civil Action No.: 4:24-cv-01266 |
| | § | |
| **TRITGEN, LLC and INDEPENDENT TEXAS RECYCLERS, LLC,** | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING RECEIVER'S *EX PARTE* MOTION TO (I) WAIVE PUBLICATION REQUIREMENTS; (II) SHORTEN THE SUBMISSION AND OBJECTION PERIOD; AND (III) IF APPROPRIATE, SET A HEARING ON THE <u>SECOND</u> SALE MOTION**

This matter came before the Court on the *ex parte* motion (the "Motion") filed on behalf of Alan Weiner of Focus Management Group (the "Receiver"), seeking entry of an order: (i) excusing the Receiver from the publication requirements of 28 U.S.C. § 2002, if applicable; (ii) shortening the submission and response dates from 21 days to 14 days; and (iii) in the event of any timely-filed objections to the Second Sale Motion (as defined in the Motion), and only to the extent the Court deems it is necessary, setting a hearing within seven (7) days after the submission date or as soon thereafter as the Court's schedule will allow.

For good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is GRANTED.

2. To the extent otherwise applicable, the Receiver is excused from the publication requirements of 28 U.S.C. § 2002 in connection with the Second Sale Motion.

3. The Second Sale Motion submission date, and the deadline for responses to the Second Sale Motion, is hereby established as fourteen (14) days after the filing of

the Second Sale Motion. Any and all objections to the Second Sale Motion shall be filed by this date. Objections relating to the distribution of sale proceeds, except those relating to closing costs, liquidator fee payment, and any reimbursed deposit pursuant to Section 12 of the Second APA, are expressly reserved until the Receiver seeks authority to make sale proceeds distributions.

4. To the extent the Court determines a hearing on the Second Sale Motion is necessary, a hearing date will be set within seven (7) days after the submission date or such later date as the Court's schedule will allow, pursuant to separate order of this Court.

**SO ORDERED.**

Order prepared by:

Kyle S. Hirsch
Justin D. Hanna
BRYAN CAVE LEIGHTON PAISNER LLP
2200 Ross Avenue, 4200W
Dallas, Texas 75201
*Attorneys for Receiver Alan Weiner of Focus Management Group*